**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JAMIYLAH BURNS,            :   No. 628 MAL 2020

            Respondent        :

                                 :   Petition for Allowance of Appeal
                                 :   from the Order of the Superior Court

           v.                         :

BLAKELEY COOPER,           :

            Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 6th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**. Application to Supplement the Petition for Allowance of Appeal is **DENIED**.